```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 37454
    KIMBERLY E BURRIS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-0626


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/08/2004 and was confirmed 12/02/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  16.00%.

      The case was paid in full 07/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID             PAID
--------------------------------------------------------------------------------
NUVELL CREDIT CO LLC       SECURED          11875.00          4099.56        11875.00
NUVELL CREDIT CO LLC       UNSECURED         5178.78              .00          828.60
WELLS FARGO BANK NA        CURRENT MORTG         .00              .00             .00
*SCHOTTLER & ZUKOSKY       PRIORITY         NOT FILED             .00             .00
QUEST DIAGNOSTICS          UNSECURED        NOT FILED             .00             .00
*AMERICAN GENERAL FINANC   UNSECURED         2784.44              .00          445.51
MIDLAND CREDIT MGMT        UNSECURED        NOT FILED             .00             .00
MCI                        NOTICE ONLY      NOT FILED             .00             .00
SBC LOANTRADE              NOTICE ONLY      NOT FILED             .00             .00
WORLD FINANCIAL NETWORK    UNSECURED          299.31              .00           47.89
ECAST SETTLEMENT CORP      UNSECURED         2755.66              .00          440.91
COMCAST                    UNSECURED        NOT FILED             .00             .00
GEVALIA                    UNSECURED        NOT FILED             .00             .00
ICE MOUNTAIN SPRING WATE   UNSECURED        NOT FILED             .00             .00
KOHLS                      UNSECURED          481.94              .00           77.11
MIDLAND CREDIT MANAGEMEN   UNSECURED        NOT FILED             .00             .00
MCI TELECOMMUNICATIONS I   UNSECURED        NOT FILED             .00             .00
FREEDOM MORTGAGE           UNSECURED        NOT FILED             .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1292.14              .00          206.74
PREMIUM MARKETING SYSTEM   UNSECURED          348.60              .00           55.78
SBC                        NOTICE ONLY      NOT FILED             .00             .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED             .00             .00
WELLS FARGO BANK NA        MORTGAGE ARRE      872.92              .00          872.92
ERICKSON MANAGEMENT CO     CURRENT MORTG         .00              .00             .00
ASSET ACCEPTANCE CORP      UNSECURED          199.08              .00           31.85
CFC FINANCIAL CORPORATIO   UNSECURED          824.93              .00          131.99
WELLS FARGO BANK           NOTICE ONLY      NOT FILED             .00             .00
*SCHOTTLER & ZUKOSKY       DEBTOR ATTY       2,200.00                         2,200.00
TOM VAUGHN                 TRUSTEE                                            1,291.13
DEBTOR REFUND              REFUND                                                15.01

            Summary of Receipts and Disbursements:

                        PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 37454 KIMBERLY E BURRIS
```

```
-------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 22,620.00

PRIORITY                                              .00
SECURED                                         12,747.92
    INTEREST                                     4,099.56
UNSECURED                                        2,266.38
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                             1,291.13
DEBTOR REFUND                                       15.01
                        ---------------      ---------------
TOTALS                  22,620.00                22,620.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 10/29/08        _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE









                           PAGE   2
         CASE NO. 04 B 37454 KIMBERLY E BURRIS